```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTONINO BUSSA,                                    :     **ORDER**
                                                   :
                Plaintiff,                         :     No. 14-CV-449 (GBD) (JLC)
                                                   :
        - against-                                 :
                                                   :
EDUCATIONAL ALLIANCE, INC.,                        :
                                                   :
                Defendant.                         :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On July 31, 2014, Defendant moved to dismiss the complaint in this action pursuant to Federal Rule of Civil Procedure 12(b). *See* Motion (Docket No. 13). Plaintiff, who is proceeding *pro se*, has not filed an opposition to that motion to date. Plaintiff is directed to submit any opposition by September 5, 2014 or the Court will adjudicate Defendant's motion to dismiss as unopposed. Defendants shall submit any reply by September 19, 2014.

Dated: August 20, 2014
       New York, New York

                                                   JAMES L. COTT
                                                   United States Magistrate Judge

**A copy of this Order has been mailed to:**

Antonino Bussa
12 Challenger Drive
Staten Island, NY 10312