UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Antonino Bussa,__
__Plaintiff__

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

__Educational Alliance, Inc.,__
__Defendant__

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/14

14 Civ. 449 (GBD) (JLC)

**AFFIRMATION IN OPPOSITION TO MOTION**

I, __Antonino Bussa__, **affirm under penalty of perjury** that:
(name)

1.  I, __Antonino Bussa__, am the (plaintiff)/defendant in the above entitled action, and
    (name)                    (circle one)

respectfully submit this affirmation in opposition to the motion dated __8__ __22__, 20__14__,
                                                                    (date of motion)

made by __Antonino Bussa__ asking that the court order the following relief:
        (name of moving party)

__See attached__
*(state what the moving party wants the Judge to order)*

2.  I have personal knowledge of facts which bear on this motion because _____
    __See attached__
    *(state the basis on which you learned of the relevant facts)*

3.  The motion should be denied because *(state your reasons using additional paragraphs and sheets of paper as necessary)*
    __See attached__

4.  In view of the foregoing, it is respectfully submitted that the motion should be denied.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: __New York__, __N.Y__   Signature __Antonino Bussa__
       (city)       (state)    Address __12 Challenger Drive__
__8__ __25__, 20 __14__        __Staten Island, N.Y 10312__
(month) (day)  (year)          Telephone Number __(718) 966-5703__
                               Fax Number *(if you have one)* _____

Rev. 05/2010

8/22/14

Antonino Bussa,

    Plaintiff,

   -against-

Educational Alliance, Inc.,
    Defendant

No. 14-CV-449 (GBD)(JLC)

Dear Honorable Cott:

   I am Antonino Bussa, Plaintiff in the above matter. I submit this as my opposition to keep my case active for the following reasons:

1) I strongly believe that I have been discriminated, because of my disability. The respondent knew that I had the experience, and educational background for the position.

2) I did not go in front of a judge at Supreme Court on Centre Street, when I filed my petition against the NYSbHR. Therefore, I did not have a fair and equal opportunity to present my case.

   Therefore, I ask the Court to reconsider my opposition to keep my case open.