Case 1:14-cv-00449-GBD-JLC Document 20 Filed 08/26/14 Page 1 of 2

RECEIVED AUG 26 2014 CHAMBERS OF JAMES L. COTT U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/14

8/22/14

Antonino Bussa,

    Plaintiff,

-against-

Educational Alliance, Inc.,

    Defendant

order
No. 14-CV-44
(GBD)(JLC)

Dear Honorable Cott:

    I am Antonino Bussa, Plaintiff in the above matter. I submit this as my opposition to keep my case active for the following reasons:

1) I strongly believe that I have been discriminated, because of my disability. The respondent knew that I had the experience, and educational background for the position.

2) I did not go in front of a judge at Supreme Court on Centre Street, when I ~~for~~ filed my petition against the NYSDHR. Therefore, I did not have a fair and equal opportunity to present my case.

    Therefore, I ask the Court to reconsider my opposition to keep my case open.

NEW YORK NY 100
25 AUG 2014 PM 14 L

ATTN:
Honorable James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Courtroom 21D
New York, N.Y. 10007-1312

Antonio Busso
12 Challenger Drive
S.I., N.Y. 10312